UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| Wayne Catalano, Karen Radford, Christy Deringer, Tomoko Nakanishi, Veronica Pereyra, Roberta Sinico, Barbara Speaks, and Edmond Dixon, individually on behalf of themselves and all others similarly situated, | : : : : : : |
| Plaintiff, | : |
| v. | : : : : |
| Lyons Magnus, LLC and TRU Aseptics, LLC, | : : |
| Defendants. | : : |

Case No. 7:22-cv-06867-KMK

Hon. Kenneth M. Karas

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

---------------------------------------------------------------x

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Plaintiffs will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law and the Declaration of Jason P. Sultzer, Esq., for an Order: 1) preliminarily approving this proposed class action settlement; 2) preliminarily certifying the class for settlement purposes; and 3) granting approval of the proposed notice plan

Dated: June 9, 2023                                                    Respectfully submitted,

By: */s/ Jason P. Sultzer*
       Jason P. Sultzer

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
E-Mail: sultzerj@thesultzerlawgroup.com
            liparij@thesultzerlawgroup.com
            francisj@thesultzerlawgroup.com

1

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.
David C. Magagna Jr., Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500 cschaffer@lfsblaw.com
dmagagna@lfsblaw.com Eric


**POULIN | WILLEY | ANASTOPOULO, LLC**
M. Poulin Roy T. Willey, IV
Blake G. Abbott
Paul J. Doolittle
32 Ann Street Charleston, SC 29403
Tel: (843) 614-8888
roy@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

**BRADLEY/GROMBACHER LLP**
Kiley Grombacher, Esq.
31365 Oak Crest Dr., Suite 240
Westlake Village, CA
Kgrombacher@bradleygrombacher.com

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
Bryan F. Aylstock, Esq.
1700 East Main Street, Suite 200
Pensacola, FL 32502
baylstock@awkolaw.com

*Attorneys for Plaintiffs and the Settlement Class*

2