UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE CATALANO, KAREN RADFORD, CHRISTY DERINGER, TOMOKO NAKANISHI, VERONICA PEREYRA, ROBERTA SINICO, BARBARA SPEAKS, *and* EDMOND DIXON, *individually on behalf of themselves and all others similarly situated*,<br><br>      Plaintiffs,<br><br> v.<br><br>LYONS MAGNUS, LLC *and* TRU ASEPTICS, LLC,<br><br>      Defendants. | No. 22-CV-6867 (KMK)<br><br>ORDER |

 For the reasons stated on the record during the Court's October 27, 2023, hearing, Plaintiffs' Motion for Preliminary Approval of the Class Settlement and for Certification of a Settlement Class, (Dkt. No. 30), is granted.

 The Clerk of Court is respectfully directed to terminate the pending motion flag. (Dkt. No. 30.)

SO ORDERED.

Dated: October 27, 2023
    White Plains, New York

                     KENNETH M. KARAS
                     United States District Judge