UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wayne Catalano, Karen Radford, Christy Deringer, Tomoko Nakanishi, Veronica Pereyra, Roberta Sinico, Barbara Speaks, and Edmond Dixon, individually on behalf of themselves and all others similarly situated, | Case No. 7:22-cv-06867-KMK |
| Plaintiff, | Hon. Kenneth M. Karas |
| v. | |
| Lyons Magnus, LLC and TRU Aseptics, LLC, | |
| Defendants. | |

# PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT, on April 9, 2024, at 2:00 p.m. ET, in the Courtroom of the Kenneth M. Karas, United States District Court, Southern District of New York, Plaintiffs Wayne Catalano, Karen Radford, Christy Deringer, Tomoko Nakanishi, Veronica Pereyra, Roberta Sinico, Barbara Speaks, and Edmond Dixon (collectively, "Plaintiffs"), will and hereby do move the Court for an order of Final Approval of the Class Action Settlement and respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of a proposed Settlement with Defendants Lyons Magnus, LLC and TRU Aseptics, LLC ("Defendants") and affirmation of the certification of the Settlement Class defined in the Settlement Agreement.

The motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement and supporting documents, the Declaration of Jason Sultzer, and the Declaration and of Steven Weisbrot of Angieon Group,

the exhibits attached thereto, all the pleadings and documents on file in this action, and such other matters as may be presented at or before the hearing.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

Dated: March 11, 2024               Respectfully submitted,

**THE SULTZER LAW GROUP P.C.**

By: /s/ Jason P. Sultzer
Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
Email: sultzerj@thesultzerlawgroup.com
Email: liparij@thesultzerlawgroup.com
Email: francisj@thesultzerlawgroup.com

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

**POULIN | WILLEY | ANASTOPOULO, LLC**
Eric M. Poulin
Roy T. Willey, IV
Blake G. Abbott
Paul J. Doolittle
32 Ann Street Charleston, SC 29403
Tel: (843) 614-8888
roy@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

**BRADLEY/GROMBACHER LLP**
Kiley Grombacher, Esq.
31365 Oak Crest Dr., Suite 240
Westlake Village, CA
Kgrombacher@bradleygrombacher.com

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
Bryan F. Aylstock, Esq.
1700 East Main Street, Suite 200
Pensacola, FL 32502
baylstock@awkolaw.com

*Attorneys for Plaintiffs and the Settlement Class*