UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE CATALANO, KAREN RADFORD, CHRISTY DERINGER, TOMOKO NAKANISHI, VERONICA PEREYRA, ROBERT SINICO, BARBARA SPEAKS, *and* EDMOND DIXON, *individually on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

LYONS MAGNUS, LLC *and* TRU ASEPTICS, LLC,

Defendants.

Case No. 7:22-cv-06867-KMK

---

## DECLARATION OF STEVEN WEISBROT, ESQ. OF ANGEION GROUP, LLC RE: NOTICE AND ADMINISTRATION

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1.      I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.      I have been responsible in whole or in part for the design and implementation of hundreds of court-approved notice and administration programs, including some of the largest and most complex notice plans in recent history. My full credentials were provided to this Court in the previously filed *Declaration of Steven Weisbrot, Esq. of Angeion Group, LLC re: Proposed Notice Plan* ("Notice Plan Declaration") (Dkt. No. 32-1, Exh. B).

3.      The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by Angeion to disseminate notice and provide administration

services pursuant to the *Stipulation of Class Action Settlement Agreement* ("Settlement Agreement") (Dkt No. 32-1) and this Court's *Order* granting Plaintiffs' Motion for Preliminary Approval of the Class Settlement and for Certification of a Settlement Class ("Order") (Dkt. No. 34).

### NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT OF 2005

4.      On June 22, 2023, pursuant to 28 U.S.C. §1715, Angeion caused notice of the Settlement and other required documents to be sent to the Attorneys General of all U.S. states and territories and the Attorney General of the United States ("CAFA Notice"). The CAFA Notice was accompanied by digital copies of the documents referenced therein. Attached hereto as **Exhibit A** is a true and accurate copy of the CAFA Notice. No state officials have provided any comments in response to the CAFA Notice.

### CLASS DATA

5.      On November 14, 2023, counsel for the Defendant sent a data file containing 567 records. The data file contained the Settlement Class Member names and corresponding mailing addresses and email addresses. Angeion reviewed the data file and removed duplicative records, resulting in 495 unique Settlement Class Member records ("Class List").

### DIRECT NOTICE

**Email Notice**

6.      Prior to disseminating notice via email, the email addresses on the Class List were subjected to a validation process whereby each email address is compared to known bad email addresses.  Additionally, the email addresses are further verified by contacting the Internet Service Provider ("ISP") to determine if the email addresses exist. As a result of the validation process, 495 email addresses were identified as valid and 72 email addresses were invalid.

7.      On November 27, 2023, Angeion caused Short Form Notice ("Email Notice") to be disseminated via email to the 495 Settlement Class Members who had a valid email address on the Class List. A true and accurate copy of the Email Notice is attached hereto as **Exhibit B**.

8.    Of the 495 Email Notices sent, a total of 489 were delivered and 6 bounced back as undeliverable.

## MEDIA NOTICE

9.    On November 27, 2023, Angeion commenced the paid search campaign via Google to help drive Settlement Class Members who were actively searching for information about the Settlement to the dedicated Settlement Website (discussed in greater detail below).

10.    On November 27, 2023, Angeion commenced the targeted internet banner notice and social media notice (via Facebook and Instagram) components of the state-of-the-art media notice plan. The internet banner and social media notice utilized a desktop and mobile advertisement campaign to notify and drive Settlement Class Members to the dedicated Settlement Website where they could find information about the Settlement and submit a claim form. True and accurate copies of the internet banner and social media notice are attached hereto as **Exhibits C and D, respectively**.

11.    The media notice components of the Notice Plan were designed to deliver an approximate 70.62% reach with an average frequency of 3.42 times each. The media notice campaign *exceeded expectations* by ultimately delivering an approximate **75.34% reach with an average frequency of 4.35 times** each by serving over 60 million impressions. What this means in practice is that 75.34% of the Target Audience (*see* Notice Plan Declaration ¶¶ 19-23) were exposed to a digital advertisement concerning the Settlement on an average of 4.35 times each. This 75.34% reach is separate and independent from the direct notice efforts, claims stimulation program, Settlement Website, and toll-free telephone support.

12.    The Federal Judicial Center states that a publication notice plan that exceeds 70% of class members is one that reaches a "high percentage" and is within in the "norm." Barbara J. Rothstein

& Thomas E. Willging, Federal Judicial Center, "Managing Class Action Litigation: A Pocket Guide or Judges," at 27 (3d Ed. 2010).

## CLAIMS STIMULATION PROGRAM

13.     In addition to the above-described notice efforts, Angeion implemented a customized and strategic Claims Stimulation program consisting of sponsored listings on a leading class action settlement website and postings by a social media influencer. The Claims Stimulation program used simplified messaging specifically designed to drive Settlement Class Members to the Settlement Website and ultimately submit a claim.

14.     On January 12, 2024, Angeion caused notice of the Settlement to be promoted on TopClassActions.com. A true and accurate copy of that listing is attached hereto as **Exhibit E.**

15.     On January 19, 2024, Angeion caused a video to be distributed by *Law by Mike*, a social media influencer, via Instagram and TikTok to further diffuse news of the Settlement. As of March 3, 2024, there have been a total of 1,431,553 views across these social media platforms.

## SETTLEMENT WEBSITE & TOLL-FREE TELEPHONE SUPPORT

16.     On  November  22,  2023,  Angeion  activated  a  case-specific  website, **www.SpecialtyDrinkSettlement.com** (the "Settlement Website"), where Settlement Class Members are able to file a claim directly on the website or download and print the Claim Form to be  completed  and  mailed  via  the  USPS.  Also  on  the  Settlement  Website,  Settlement  Class Members can easily view general information about this class action Settlement, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. This case-specific Settlement Website was designed to be user-friendly and also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@SpecialtyDrinkSettlement.com. As of the date of this declaration, the

Settlement Website has received 4,029,921 website visits by 3,892,197 unique users totaling 4,909,148 pageviews.

## TOLL-FREE HOTLINE

17.     On November 27, 2023, Angeion activated the following toll-free number dedicated to this Settlement: 1-866-865-8202. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.  As of the date of this declaration, Angeion has received 30 calls totaling 120 minutes.

## CLAIM FORM SUBMISSIONS

18.     The deadline for Class Members to submit a Claim Form was February 9, 2024. As of February 9, 2024, Angeion has received 180,701 Valid Claims that are eligible to receive payment under the terms of the Settlement Agreement.

19.     Of the 180,701 Valid Claims, 133 were submitted with Proof of Purchase. The remaining 180,568 Valid Claims were submitted without Proof of Purchase.

20.     Per the terms of the Settlement Agreement, the Settlement Fund means a total payment by Defendant of $3,500,000.00. Assuming the Court grants the Attorneys' Fees and Costs in the amount of $1,210,411.13, the Incentive Awards to the Class Representatives in the total amount of $4,000.00, and the costs of the notice and administrative costs in the amount of $600,281.95, the estimated Available Settlement Funds amount to $1,685,306.92.

21.     Of the Available Settlement Funds, $3,324.63 will be distributed to those that submitted a Valid Claim with Proof of Purchase and $1,681,982.29 will be distributed to those that submitted a Valid Claim without Proof of Purchase. The average estimated recovery for those that submitted

a Valid Claim, with Proof of Purchase, is $25.19. The average estimated recovery for those that submitted a Valid Claim without Proof of Purchase, is $9.31.

## EXCLUSIONS & OBJECTIONS

22.    The deadline to submit a request for exclusion from the Settlement was February 9, 2024. As of the date of this declaration, Angeion has received 8 timely exclusion requests and 4 late requests to be excluded. Attached hereto as **Exhibit F** is a list of the names of the individuals who submitted exclusion requests.

23.    The deadline to submit an objection to the Settlement was February 9, 2024. As of the date of this declaration, Angeion has not received and has not been made aware of any written objections.

## CONCLUSION

24.    The Notice Plan included direct notice via email combined with a robust media campaign, a customized claims stimulation package, and the implementation of a dedicated Settlement Website and toll-free hotline to further inform Settlement Class Members of their rights and options in the Settlement.

25.    It remains my professional opinion that the Notice Plan provided full and proper notice to Settlement Class Members before the claims, opt-out, and objection deadlines.  Moreover, it is my opinion that Notice Plan was the best notice that is practicable under the circumstances, fully comporting with due process and Fed. R. Civ. P. 23.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2024

_____
STEVEN WEISBROT

Declaration of Steven Weisbrot re: Notice & Administration

# EXHIBIT A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

June 22, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:**    **Notice of Class Action Settlement**
        Catalano et al. v. Lyons Magnus, LLC and TRU Aseptics, LLC.

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

    **Case Name:** Catalano et al. v. Lyons Magnus, LLC and TRU Aseptics, LLC.
    **Index Number:** 7:22-cv-06867-KMK
    **Jurisdiction:** United States District Court Southern District of New York
    **Date Settlement Filed with Court:** June 12, 2023

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** Complaint filed with the Court on August 11, 2022, Amended Complaint filed with the Court on January 4, 2023, Second Amended Complaint filed with the Court on April 14, 2023, all on enclosed CD ROM.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed Claim Forms, Long Form Notice, Summary Notice, and Media Notice filed with the Court as exhibits to the Settlement Agreement on June 12, 2023 are included with enclosed CD ROM.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** Class Action Settlement Agreement and Release, filed with the Court on June 12, 2023. Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan, filed with the Court on June 12, 2023. Both are included on the enclosed CD-ROM.

CAFA Notice of Class Action Settlement
[DATE]
Page 2 of 2

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the Settlement Agreement, no other settlements or other agreements have been contemporaneously made between the Parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**  Settlement class members include all persons in the Unites States who purchased various products recalled by the Defendant. Due to the sale of the product through third party distribution, Defendants currently do not know or have a means of reasonably determining how many settlement class members reside in each state or the name of each such class member during the class period. The number of class members is dependent on the filing of a claim form in this settlement. Following the claims filing period a supplemental report of class size may be available upon request.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the Settlement at this time.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

# EXHIBIT B

From Email: DoNotReply@ specialtydrinksettlement.com
From Name:  Lyons Magnus Settlement
Subject:  Legal Notice of Lyons Magnus Class Action Settlement

Notice ID: << 00ID >>

Confirmation Code: << Confirmation Code >>

**If you purchased a Covered Product, produced and/or distributed by Lyons Magnus LLC or TRU Aseptics LLC between April 1, 2021 and October 27, 2022, that was subjected to an FDA recall, you could receive a payment from a class action settlement.**

*A federal court authorized this Notice. It is not a solicitation from a lawyer.*

A Settlement has been reached with Lyons Magnus, LLC and TRU Aseptics, LLC, ("Defendants") in a class action lawsuit about the Covered Products produced and/or distributed by the Defendants that were subjected to an FDA recall. Please visit www.specialtydrinksettlement.com for the full list of Covered Products included in this Settlement. The lawsuit is captioned *Catalano v. Lyons Magnus, LLC*, Case No. 7:22-cv-06867, pending in the United States District Court for the Southern District of New York.

**What does the Settlement provide?**
The Defendants have agreed to pay three million, five hundred thousand dollars ($3,500,000) in cash to the Settlement Fund for payment of the following: (i) Valid Claim Forms for cash benefits submitted by Settlement Class Members; (ii) the notice and other administrative costs actually incurred by the Claims Administrator; (iii) Attorneys' Fees and Costs, as may be ordered by the Court, and (iv) any service award to the Class Representative, not to exceed $500.00 per Class Representative, as may be ordered by the Court. In addition, Defendants will contribute an additional $75,000 to be used to pay the first $75,000 of notice and other administrative costs actually incurred by the Claims Administrator.

**Who is included in the Settlement Class?**
All natural persons who, between April 1, 2021 and October 27, 2022, purchased in the United States any Covered Product for personal, family or household use, and not resale.

**How do I get a payment from the Settlement?**
To qualify for a settlement payment, you must complete and submit a Claim Form by **February 9, 2024.** You may complete and submit a Claim Form online at www.specialtydrinksettlement.com or mail a completed Claim Form to Lyons Magnus Settlement, c/o Claims Administrator, 1650 Arch St, Ste 2210, Philadelphia, PA 19103.  Claim Forms are also available by calling **1-866-865-8202**, or by emailing info@specialtydrinksettlement.com.

**What are my options?**
If you are a Settlement Class Member and do nothing, you will be bound by the Settlement and will give up any right to separately sue any of the Released Parties, including the Defendants, for the claims made in this lawsuit and released by the Stipulation of Class Action Settlement Agreement ("Settlement Agreement"). If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **February 9, 2024**. Unless you exclude yourself, you won't be able to sue or continue to sue the Defendants for any claim made in this lawsuit or released by the Settlement. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may object to it or ask for permission for you or your lawyer to appear and speak at the Final Approval Hearing – at your own cost – but you don't have to. Objections and requests to appear are due by **February 9, 2024**. More information about these options is available at www.specialtydrinksettlement.com.

**Do I have a Lawyer?**

Yes. The Court has appointed the following law firms to represent the Settlement Class as Plaintiffs' Counsel:

- The Sultzer Law Group, P.C.
- Levin, Sedran, & Berman LLP
- Poulin Willey Anastopoulo
- Bradley/Grombacher LLP
- Aylstock Witkin Kreis and Overholtz

You will not be charged for their services.

**The Court's hearing.**

The Court will hold a 'Dial-in' Final Approval Hearing on April 9, 2024 at 2:00 p.m. ET. Participants, members of the public and the press may use the following dial-in information:

- Dial-in: 866-390-1828; Access Code: 1582687

Please be aware that recording or rebroadcasting of the proceeding is prohibited by law.

The Final Approval Hearing will take place at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601-4150. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  It will also consider whether to approve Plaintiffs' Counsel's request for an award of Attorneys' Fees and Costs, as well as Service Payments to the Class Representatives.  If there are objections, the Court will consider them. The Court may listen to people who have asked to speak at the hearing.  You or your own lawyer may speak at the hearing at your own expense, but there is no requirement that you or your own lawyer do so. After the hearing, the Court will decide whether to approve the Settlement.

**This notice is only a summary.**

**For more information, including the Long Form Notice and Settlement Agreement, visit**
www.specialtydrinksettlement.com, **email** info@specialtydrinksettlement.com,
**or call 1-866-865-8202.**

# EXHIBIT C



















If you purchased certain **PediaSure** Products, a class action settlement may affect your rights. Full list of brands and products available on the website.

 

If you purchased certain **PediaSure** Products, a class action settlement may affect your rights. Full list of brands and products available on the website.

Click Here to Learn More













# EXHIBIT D



**Angeion Group**
Sponsored · 🌐                                           ···  ✕

If you purchased certain Lyons Magnus products, a class action settlement may affect your rights.



SPECIALTYDRINKSETTLEMENT.COM
**Lyons Magnus Products**                    [ Learn more ]
Class Action Settlement

---

**Angeion Group**
Sponsored · 🌐                              ✕   ⋮

If you purchased certain Lyons Magnus products, a class action settlement may affect your rights.



specialtydrinksettlement.com
**Lyons Magnus Products**          [ Learn more ]
Class Action Settlement

# EXHIBIT E





## Lyons Magnus specialty drinks $3.5M class action lawsuit settlement

FEBRUARY 8, 2024 |

CLOSED CLASS ACTIONS

Settlement

TBD

Deadline

CLOSED

# EXHIBIT F

1 Alan        Goodman
2 Leslie      Coleman
3 Matt        Brooke
4 Kevinn      Beasley
5 Cody        Johnson
6 Shelley     Wheat
7 Aaron       Chipman
8 Claudine    Bate